UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

08-827

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08- |
| v. | : | 29 U.S.C. § 501(c) and 18 U.S.C. § 2 |
| KEVIN SHERLOCK | : | |

## INFORMATION

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges that:

1. At all times relevant to this Information:

(a) Local Branch 272 of the National Association of Letter Carriers (hereinafter "NALC") was a "labor organization" within the meaning of the provisions of Title 29, United States Code, Sections 152(5), 402(i) and 402(j). NALC represented and admitted to membership persons employed by the U.S. Postal Service in Sussex and Morris Counties in New Jersey.

(b) Defendant KEVIN SHERLOCK was the Secretary-Treasurer of NALC from in or about 2001 through in or about 2005. As such, he was an officer of a labor union, pursuant to Title 29, United States Code, Section 402(q). As an officer, defendant KEVIN SHERLOCK was also a fiduciary and his duties and obligations were, among others: (1) to act solely in the interests of the members of the labor organization; (2) to avoid

acting in his own personal self interest which conflicts with the interest of the labor organization; and (3) to avoid acting on behalf of any party whose interests were adverse to the interests of the labor organization in any matter connected with his duties.

2. From in or about 2001 through in or about March 2005, in Sussex County, in the District of New Jersey and elsewhere, the defendant,

KEVIN SHERLOCK,

did knowingly and willfully embezzle, steal and unlawfully convert to his own use and the use of others, money, funds, property, and assets of NALC, a labor organization of which he was an officer, totaling at least $45,000.

In violation of Title 29, United States Code, Section 501(c) and Title 18, United States Code, Section 2.

*[signature]*

Christopher J. Christie
United States Attorney

CASE NUMBER: _____

United States District Court
District of New Jersey

UNITED STATES OF AMERICA

v.

KEVIN SHERLOCK

INFORMATION FOR

29 U.S.C. § 501(c) and
18 U.S.C. § 2

CHRISTOPHER J. CHRISTIE
U.S. ATTORNEY NEWARK, NEW JERSEY

JONATHAN W. ROMANKOW
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-645-2884