PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, New Jersey 07102
Tel. 973-645-2736
Fax 973-645-3210
email: Leah.Bynon@usdoj.gov
LAB0321
(FLU:VC)

November 18, 2009

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HON. WILLIAM J. MARTINI |
| PLAINTIFF, | : | CRIMINAL NO. 08-827 |
| v. | : | |
| KEVIN SHERLOCK, | : | ORDER |
| DEFENDANT. | : | |

This matter having been opened to the Court by the U.S. Attorney for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause shown,

It is on this 23 day of Nov, 200_

ORDERED that the Application and Order for Writ of Continuing Garnishment in this matter is hereby WITHDRAWN.

By: _____
HONORABLE WILLIAM J. MARTINI
JUDGE, U.S. DISTRICT COURT