UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES,** | Criminal No. 08-827-01(WJM) |
| v. | **ORDER** |
| **KEVIN SHERLOCK,** | |
| **Defendant.** | |

**THIS MATTER** comes before the Court on *pro se* Defendant Kevin Sherlock's request for early termination of his supervised probation. On April 21, 2009 Defendant was sentenced to two years probation, five months of home confinement, a $2,000 fine and restitution of $45,000. Pursuant to 18:3564(c) and 3583(e)(1), the Court can permit expiration of supervised probation after one year of supervision. Defendant has now completed one year of supervision without incident and has satisfied all of his court imposed financial obligations; no objection having been received.

**IT IS** on this 17th day of May, 2010, hereby

**ORDERED** that Defendant's application for early release of supervised probation is **GRANTED**.

s/William J. Martini
_____
**WILLIAM J. MARTINI, U.S.D.J.**